No. 11–10473. BOOK *v.* CONNECTICUT RESOURCES RECOVERY AUTHORITY ET AL. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 12–6120. SMITH *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 4, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 12–6682. TURPIN *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 4, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 12–292. IN RE SAWYER;
No. 12–6138. IN RE PORTER, AKA OWUSU;
No. 12–6196. IN RE SHELL;
No. 12–6700. IN RE WILLIAMS; and
No. 12–6759. IN RE MACK. Petitions for writs of mandamus denied.

No. 11–1395. FRY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 11–9696. LEWELLYN ET VIR, ON BEHALF OF J. L. ET AL. *v.* SARASOTA COUNTY SCHOOL BOARD. C. A. 11th Cir. Certiorari denied.

No. 11–10201. LYNN *v.* LYNN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–10202. JACKSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–10220. BAILEY ET UX. *v.* SUHAR. C. A. 6th Cir. Certiorari denied.

No. 11–10354. TAMAYO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.